Robert C. Bowman, Jr., (SBN: 232388)
Kara Keister (SBN: 250260)
LAW OFFICE OF BOWMAN & ASSOCIATES
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorney for Petitioner
HERIBERTO BARRON

FOLEY & LARDNER LLP
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111
JOHN H. DOUGLAS (SBN: 178966)
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

Attorney for Defendant
AMCOR PET PACKAGING, USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO BARRON,<br><br>Plaintiff,<br><br>v.<br><br>AMCOR PET PACKAGING, USA, INC., and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO: 2:08-CV-01883-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Pursuant to FRCP §41(a)(1)(A)(ii), Plaintiff HERIBERTO BARRON and Defendant AMCOR PET PACKAGING, USA, hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

///

IT IS SO STIPULATED:            THE LAW OFFICE OF BOWMAN & ASSOCIATES

Dated:                          By:_____/s/_____
                                     Kara Keister, Attorney for Plaintiff
                                     Heriberto Barron

Dated:                          FOLEY & LARDNER

                             By: _____/s/ _____
                                John H. Douglas, Attorney for Defendant
                                Amcor Pet Packaging, USA, INC.

**IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Dated:  July 10, 2009

                                 _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE